HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGINIA PRESSLEY,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | NO. 2:25-CV-2461-TL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST THIRD-PARTY DEFENDANT SMCP HOLDINGS, LLC<br><br>(Clerk's Action Required) |
| SAFEWAY INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CLIMATE PROS, LLC d/b/a CLIMATE PROS MECHANICAL LLC; SMCP HOLDINGS, LLC,<br><br>Third-Party Defendants. | |

//

//

//

//



LAW OFFICES OF RYAN T. PROBSTFELD
Two Union Square
601 Union Street Suite 925
Seattle, WA 98101
Phone (206) 676-3977/ Fax (877) 369-4901

STIPULATION

COME NOW the parties herein, by and through their respective attorneys undersigned, and stipulate as follows:

That all claims of Defendant/Third-Party Plaintiff Safeway Inc. against Third-Party Defendant SMCP Holdings, LLC should be dismissed from this action, without prejudice and without costs to any party.

DATED this 19th day of August, 2026

LAW OFFICES OF RYAN T. PROBSTFELD

By:____________________________________
Bill Simmons, WSBA #35604
Attorneys for Third Party Defendants
Climate Pros, LLC and SMCP Holdings, LLC

MULTANI LAW GROUP, PLLC

By: Gurjot Narwal
Jashan Multani, WSBA #60073
Gurjot Narwal, WSBA #46131
Attorneys for Plaintiff

CLYDE & CO US LLP

By: *s/Kimberly A. Reppart*
Kimberly A. Reppart, WSBA #30643
Daniel J. Parsons, WSBA #62819
Attorneys for Defendant/Third Party
Plaintiff Safeway Inc.

**[PROPOSED] ORDER**

THIS MATTER having come before the court on the preceding stipulation of the parties; the court having considered the court file and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims by Defendant/Third-Party Plaintiff Safeway, Inc. against Third-Party Defendant SMCP Holdings,



LAW OFFICES OF RYAN T. PROBSTFELD
Two Union Square
601 Union Street Suite 925
Seattle, WA 98101
Phone (206) 676-3977/ Fax (877) 369-4901

LLC shall be and are hereby dismissed without prejudice, and without any award of fees or costs to any of the parties.

DATED this 21st day of August, 2026.

JUDGE

Presented by:

LAW OFFICES OF RYAN T. PROBSTFELD

By:
Bill Simmons, WSBA #35604
Attorneys for Third Party Defendants
Climate Pros, LLC and SMCP Holdings, LLC

Approved as to Form; Notice
of Presentation Waived:

MULTANI LAW GROUP, PLLC

By:
Jashan Multani, WSBA #60073
Gurjot Narwal, WSBA #46131
Attorneys for Plaintiff

CLYDE & CO US LLP

By: *s/Kimberly A. Reppart*
Kimberly A. Reppart, WSBA #30643
Daniel J. Parsons, WSBA #62819
Attorney for Defendant/Third Party
Plaintiff Safeway Inc.



LAW OFFICES OF RYAN T. PROBSTFELD
Two Union Square
601 Union Street Suite 925
Seattle, WA 98101
Phone (206) 676-3977/ Fax (877) 369-4901